JAMES P. SPAINE, Respondent, *v.* CARRIE STINER, Appellant, Impleaded with Another.

*Spaine* v. *Stiner,* 51 App. Div. 481, affirmed.
(Argued October 29, 1901; decided November 12, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 22, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Edward W. S. Johnston* for appellant.

*William P. Burr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

JOHN A. BENNET, Appellant, *v.* WASHINGTON CEMETERY, Respondent.

*Bennet* v. *Washington Cemetery,* 47 App. Div. 365, affirmed.
(Argued October 29, 1901; decided November 12, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1900, affirming a judgment in favor of defendant entered upon the report of a referee.

*George H. Starr* and *Thomas Hooker* for appellant.

*George W. Wingate* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED KRIST, Appellant.

(Submitted November 11, 1901; decided November 15, 1901.)

MOTION for reargument denied, without costs. (See 168 N. Y. 19.)